PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>ARTURO GONZALEZ II,<br><br>                        Defendant. | CASE NO. 2:24-CR-0070-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 17, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Arturo Gonzalez II, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on June 17, 2024.

2. By this stipulation, the defendant now moves to continue the hearing until July 30, 2024, and to exclude time between June 17, 2024, and July 30, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government provided approximately 500 pages of initial discovery to defendant on or about May 7, 2024. The government then made available the discovery to defendant's new counsel on or about June 6, 2024. Counsel for the defendant needs time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

    b) Counsel for the defendant believes that failure to grant the above-requested

continuance would unreasonably deny his client continuity of counsel.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 17, 2024, to July 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ELLIOT C. WONG<br>ELLIOT C. WONG<br>Assistant United States Attorney |
| Dated: June 12, 2024 | /s/ GEORGE K. ROSENSTOCK<br>GEORGE K. ROSENSTOCK<br>Counsel for Defendant<br>ARTURO GONZALEZ II |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for June 17, 2024 is continued to July 30, 2024, at 9:30 a.m. and time is excluded between June 17, 2024, and July 30, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: **June 13, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE